IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:15-CR-3030 |
| vs. | FINAL ORDER OF FORFEITURE |
| RICHARD E. RINKER, | |
| Defendant. | |

This matter is before the Court on the plaintiff's Motion for Final Order of Forfeiture (filing 46). On November 9, 2015, the Court entered a Preliminary Order of Forfeiture (filing 35) pursuant to 18 U.S.C. § 2253, based upon the defendant's plea of guilty to Count II of the operative indictment (filing 20), which charged him with knowingly possessing or attempting to possess one or more items which contained visual depictions of minors engaged in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B), and his admission of the forfeiture allegation contained in the operative indictment. By way of the Preliminary Order of Forfeiture, the defendant's interest in:

1. Seagate Hard Drive (HD) model ST310014ACE s/n 5JRH59AG
2. Western Digital HD mod/WD400 s/n WMA6R3182294
3. Western Digital HD mod/WD1200 s/n WMAET1482246
4. Seagate HD mod/ST380011A s/n 5J4J7LON
5. Western Digital HD s/n WCAD16892630
6. Maxtor HD unknown s/n
7. Approximately 150 recordable discs
8. ASUS Desktop Computer s/n A1PDCG0009RX, containing 2 hard drives:
    a. 1 TB Seagate model ST31000528AS s/n 5VP30GK9
    b. 250 gb Hitachi model HDT25025VLA380 s/n R1EVJKMV
9. 1 PNY 4GB flash drive
10. Samsung HD Mod/HM250H1 s/n 51YAJ9F2508911
11. Unknown brand HD p/n 34962-F121-A23X1

(the "Subject Property"), was forfeited to the United States on the basis that it was used or was intended to be used to facilitate the violation alleged in Count II. Filing 35.

As directed by the order, a Notice of Criminal Forfeiture was posted beginning on December 18, 2015, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A Declaration of Publication (filing 45) was filed on February 22, 2016. The Court has been advised by the plaintiff that no petitions have been filed, and from a review of the Court file, the Court finds no petitions have been filed.

IT IS ORDERED:

1. The plaintiff's Motion for Final Order of Forfeiture (filing 46) is granted.

2. All right, title, and interest in and to the Subject Property held by any person or entity are forever barred and foreclosed.

3. The property is forfeited to the plaintiff.

4. The plaintiff is directed to dispose of the property in accordance with law.

Dated this 23rd day of February, 2016.

BY THE COURT:

John M. Gerrard
United States District Judge